ROGER GAUDIO, ZONING INSPECTOR, ET AL.
*v.* THOMAS A. GERDIS

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Thomas A. Gerdis,* pro se, in support of the petition.

Decided February 27, 1992

SHAWMUT MORTGAGE COMPANY *v.* LARRY CORRONE

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Max Brunswick,* in support of the petition.

Decided Febrary 27, 1992

STATE OF CONNECTICUT *v.* MICHAEL JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 433, is denied.

*Patricia Buck Wolf,* in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's atttorney, in opposition.

Decided February 27, 1992

STATE OF CONNECTICUT *v.* KOUNGTHONG
SIRIMANOCHANH

The defendant's petition for certification for appeal from the Appellate Court, 26 Conn. App. 625, is denied.

*Sandra Lax,* in support of the petition.

*Marjorie Allen Dauster,* deputy assistant state's attorney, in opposition.

Decided February 27, 1992